OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Jeffrey Thomas SPANGLER, Respondent.

Nos. 679 and 763 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 24, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of May, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 9, 2004, the Petition for Review and responses thereto, the Petition for Review is denied and it is hereby

ORDERED that Jeffrey Thomas Spangler be and he is suspended from the Bar of this Commonwealth for a period of eighteen months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Janice Griffin O'REILLY, Respondent.

No. 923 Disciplinary Docket No. 3

Supreme Court of Pennsylvania.

May 24, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of May, 2004, there having been filed with this Court by Janice Griffin O'Reilly her verified Statement of Resignation dated March 29, 2004, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Janice Griffin O'Reilly be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.